## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 15-12288 |
| | * | |
| AUGUILLARD CONSTRUCTION, INC. | * | CHAPTER 7 |
| | * | |
| | * | SECTION "B" |
| DEBTOR | * | |
| | * | JUDGE BROWN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR AUTHORITY TO SELL PROPERTY FREE AND CLEAR OF LIENS UNDER 11 USC 363(f)

NOW INTO COURT, through undersigned counsel, comes C. Michael Chiasson, Chapter 7 Trustee of the Estate of Auguillard Construction, Inc., ("Trustee") who with respect requests authority to sell property of the bankruptcy estate, for the following reasons:

1.

**JURISDICTION**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334 and under the Standing Order of Reference in this District.

2.

This is a core proceeding under 28 U.S.C. §157(B)(2)(A)(N) and (O) and this action arises under Title 11 of the U.S. Code.

3.

A Voluntary Petition for relief was filed under Chapter 7 of Title 11 of the United States Code in the above numbered and entitled bankruptcy proceeding on September 4, 2015 **[P-1]**.

4.

Michael Chiasson was appointed Chapter 7 Interim Trustee on September 4, 2015.

5.

On December 5, 2017, this Court entered an Order **[P-98]** authorizing Trustee to employ Jim Underwood to sell property of the bankruptcy estate, including real property located at 2641 Forstall Street, New Orleans, LA 70117 (herein the "Property").

6.

Trustee received an offer from France Louisiana Properties, LLC to purchase the Property for $11,500. *See* Louisiana Residential Agreement to Buy or Sell attached hereto as Exhibit "A".

7.

The sale of the Property was conditioned on the appraisal of the Property being not less than the Sales Price. The Property subsequently appraised for $8,000. *See* Appraisal of Real Property attached hereto as Exhibit "B".

8.

Trustee desires to sell the Property for the appraised value of Eight Thousand ($8,000) Dollars.

9.

Section 363(b)(1) of the Bankruptcy Code provides that a trustee, after notice and hearing, may use, sell, or lease property of the estate.

10.

The Property is encumbered by a New Orleans city lien in the amount of $1,705.00. Trustee's attorney has submitted a Lien Waiver Request to the City of New Orleans Office of Code Enforcement, in an attempt to have the lien cancelled or reduced.

11.

Should the City of New Orleans Office of Code Enforcement deny the Lien Waiver Request, Trustee proposes to pay off the lien with proceeds from the sale.

12.

Trustee avers that this sale is in the best interest of the estate because the offer represents a reasonable price for the Property and the sale proceeds, minus any amount needed to cure the city lien, will add to the distribution of the creditors of this bankruptcy estate.

WHEREFORE, Trustee prays that:

1. This Motion be granted, and an Order be entered authorizing Trustee to sell the property located at 2641 Forstall Street, New Orleans, LA 70117;
2. Trustee be authorized to accept Eight Thousand and 00/100 ($8,000) Dollars from France Louisiana Properties, LLC;
3. Trustee be authorized to execute any and all documents necessary to affect the sale under the terms and conditions set forth herein;
4. Trustee be authorized to pay the City of New Orleans Office of Code Enforcement an amount necessary to cure the city lien, if necessary, out of the proceeds of the sale; and
5. For all other general and equitable relief.

Respectfully submitted,

THE DERBES LAW FIRM, LLC

*/s/ Eric J. Derbes*
ERIC J. DERBES (23464)
BRYAN J. O'NEILL (37250)
3027 Ridgelake Drive
Metairie, LA 70002
Phone: 504-837-1230 | Fax: 504-832-0323
Email: ederbes@derbeslaw.com
*Attorneys for Trustee*