## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 15-12288 |
| | * | |
| AUGUILLARD CONSTRUCTION, INC. | * | CHAPTER 7 |
| | * | |
| | * | SECTION "B" |
| DEBTOR | * | |
| | * | JUDGE BROWN |

* * * * * * * * * * * * * * * * * * * *

### SECOND MOTION FOR AUTHORITY TO SELL PROPERTY FREE AND CLEAR OF LIENS UNDER 11 USC 363(f)

NOW INTO COURT, through undersigned counsel, comes C. Michael Chiasson, Chapter 7 Trustee of the Estate of Auguillard Construction, Inc., ("Trustee") who with respect requests authority to sell property of the bankruptcy estate free and clear of liens, for the following reasons:

1.

**JURISDICTION**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334 and under the Standing Order of Reference in this District.

2.

This is a core proceeding under 28 U.S.C. §157(B)(2)(A)(N) and (O) and this action arises under Title 11 of the U.S. Code.

3.

A Voluntary Petition for relief was filed under Chapter 7 of Title 11 of the United States Code in the above numbered and entitled bankruptcy proceeding on September 4, 2015 **[P-1]**.

4.

Michael Chiasson was appointed Chapter 7 Interim Trustee on September 4, 2015.

5.

On April 16, 2018, this Court entered an Order **[P-109]** authorizing Trustee to sell property of the bankruptcy estate located at 2641 Forstall Street, New Orleans, LA 70117 (herein the "Property") free and clear of liens and authorized Trustee to pay the City of New Orleans Office of Code Enforcement an amount necessary to cure a City Lien.

6.

An abstract was order prior to closing, which revealed that the Property is also encumbered by:

a) A State of Louisiana – Louisiana Workforce Commission Office of Unemployment Insurance Lien in the amount of $568.79;

b) a prescribed Collateral Mortgage executed in 1986 in favor of Bayou Federal Savings and Loan Association, recorded in the Mortgage Records of Orleans Parish at MOB 2530/224; and

c) and two UCC Financing Statements in favor of JP Morgan Chase Bank, N.A, bearing Instrument Numbers 2016-38479 and 2017-26398.

7.

The closing on the Property was scheduled for May 15, 2018. The Purchase Agreement provides that the parties agree to extend the date for passing the Act of Sale no more than 30 days should curative title work be necessary. The title must be cleared by June 14, 2018 in order to proceed with the sale under the terms of the Purchase Agreement.

8.

Trustee proposes to pay off the State of Louisiana lien with proceeds from the sale.

9.

Trustee requests that this Court order the Clerk of Court for Orleans Parish to cancel the prescribed Collateral Mortgage executed in 1986 in favor of Bayou Federal Savings and Loan Association, recorded in the Mortgage Records of Orleans Parish at MOB 2530/224, or in the alternative, that Trustee be authorized to cancel the prescribed Collateral Mortgage.

10.

Trustee requests authority to cancel the UCC Financing Statements in favor of JP Morgan Chase Bank, N.A. ("Chase"). Chase is a creditor in the bankruptcy, and as such received notice of the First Motion for Authority to Sell Property Free and Clear of Liens Under 11 USC 363(f) and did not object.

11.

Section 363(b)(1) of the Bankruptcy Code provides that a trustee, after notice and hearing, may use, sell, or lease property of the estate.

12.

Trustee avers that this sale is in the best interest of the estate because the offer represents a reasonable price for the Property and the sale proceeds, minus any amount needed to cure the liens, will add to the distribution of the creditors of this bankruptcy estate.

WHEREFORE, Trustee prays that:

1. This Motion be granted, and an Order be entered authorizing Trustee to sell the property located at 2641 Forstall Street, New Orleans, LA 70117 free and clear of the above described liens;

2. Trustee be authorized to pay the City of New Orleans Office of Code Enforcement an amount necessary to cure the City Lien, if necessary, out of the proceeds of the sale;

3. Trustee be authorized to pay the State of Louisiana an amount necessary to cure the State Lien out of the proceeds of the sale;

4. The Clerk of Court for Orleans Parish be ordered to cancel the prescribed Collateral Mortgage executed in 1986 in favor of Bayou Federal Savings and Loan Association, recorded in the Mortgage Records of Orleans Parish at MOB 2530/224;

5. Trustee be authorized to cancel the two UCC Financing Statements in favor of JP Morgan Chase Bank, N.A, bearing Instrument Numbers 2016-38479 and 2017-26398.

6. For all other general and equitable relief.

        Respectfully submitted,

        THE DERBES LAW FIRM, LLC

        */s/ Eric J. Derbes*
        ERIC J. DERBES (23464)
        BRYAN J. O'NEILL (37250)
        3027 Ridgelake Drive
        Metairie, LA 70002
        Phone: 504-837-1230 | Fax: 504-832-0323
        Email: ederbes@derbeslaw.com
        *Attorneys for Trustee*